**RONALD A. NORMAN (SBN #62282)**
LAW OFFICES OF RONALD A. NORMAN
5404 Whitsett Avenue Ste 133
Valley Village, CA 91607
818-761-7181
Email: ronaldanorman@scbglobal.net

FILED & ENTERED

NOV 28 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re:<br><br>Socorro Reister<br><br><br><br>Debtor | Case No.: **2:18-bk-22881-NB**<br><br>Chapter 13<br><br>ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE OPENING DOCUMENTS |

~~The Court, having considered the Debtor's Motion to Extend Time to File Opening Documents dated November 27, 2018 (the "Motion"), hereby Grants the Motion and Orders that the Debtor shall have until _____, 2018 to file all the relevant documents required.~~

The debtor has filed a motion for extension of time to file required documents (the "Extension Motion"). The current deadline is November 14, 2018.

This Bankruptcy Court has reviewed the Extension Motion, and finds and concludes as follows. First, any extension requires a showing of sufficient cause. Second, a maximum extension generally is two weeks, because that provides a total of approximately one month to file the case commencement documents, which is generally plenty of time, and cases that are

ORDER- 1

filed but not diligently prosecuted are not a proper use of the bankruptcy system. Third, it is important for parties in interest to have key documents available to them before the meeting of creditors (11 U.S.C. § 341(a)), which is scheduled for December 7, 2018. Taking into consideration the foregoing and the matters set forth in the Extension Motion, it is hereby ORDERED:

1. The Extension Motion is granted as follows: the debtor must file all required documents no later than **November 28, 2018** (the required documents are listed in notice(s) from this Bankruptcy Court that have been mailed to the debtor and are available on the docket).

###

Date: November 28, 2018

Neil W. Bason
United States Bankruptcy Judge