United States Bankruptcy Court
Central District of California

In re:                                                                                    Case No. 18-22881-NB
Socorro Reister                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: dghaltchi          Page 1 of 1               Date Rcvd: Nov 28, 2018
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2018.
db             +Socorro Reister,    1640 Range Ct.,    Diamond Bar, CA 91765-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2018                                          Signature:  /s/Joseph Speetjens  

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2018 at the address(es) listed below:
              Diane   Weifenbach    on behalf of Creditor    US Bank National Association as Legal Title Trustee
               for Truman 2016 SC6 Title Trust diane@attylsi.com,  lauren@attylsi.com
              Kathy A Dockery (TR)    EFiling@LATrustee.com
              Ronald A Norman    on behalf of Debtor Socorro  Reister ronaldanorman@sbcglobal.net,
               david@jshoffmanlaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Valerie  Smith    on behalf of Interested Party    Courtesy NEF claims@recoverycorp.com
                                                                                             TOTAL: 5

**RONALD A. NORMAN (SBN #62282)**
LAW OFFICES OF RONALD A. NORMAN
5404 Whitsett Avenue Ste 133
Valley Village, CA 91607
818-761-7181
Email: ronaldanorman@scbglobal.net

**FILED & ENTERED**

**NOV 28 2018**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY ghaltchi    DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CHANGES MADE BY COURT**

In re:

Socorro Reister

Debtor

) Case No.: **2:18-bk-22881-NB**
)
) Chapter 13
)
) ORDER GRANTING DEBTOR'S MOTION
) TO EXTEND TIME TO FILE OPENING
) DOCUMENTS

~~The Court, having considered the Debtor's Motion to Extend Time to File Opening Documents dated November 27, 2018 (the "Motion"), hereby Grants the Motion and Orders that the Debtor shall have until _____, 2018 to file all the relevant documents required.~~

The debtor has filed a motion for extension of time to file required documents (the "Extension Motion"). The current deadline is November 14, 2018.

This Bankruptcy Court has reviewed the Extension Motion, and finds and concludes as follows. First, any extension requires a showing of sufficient cause. Second, a maximum extension generally is two weeks, because that provides a total of approximately one month to file the case commencement documents, which is generally plenty of time, and cases that are

ORDER- 1

filed but not diligently prosecuted are not a proper use of the bankruptcy system. Third, it is important for parties in interest to have key documents available to them before the meeting of creditors (11 U.S.C. § 341(a)), which is scheduled for December 7, 2018. Taking into consideration the foregoing and the matters set forth in the Extension Motion, it is hereby ORDERED:

1. The Extension Motion is granted as follows: the debtor must file all required documents no later than **November 28, 2018** (the required documents are listed in notice(s) from this Bankruptcy Court that have been mailed to the debtor and are available on the docket).

###

Date: November 28, 2018

_____
Neil W. Bason
United States Bankruptcy Judge

ORDER- 2